740

## Commonwealth *v.* Elam, Appellant.

Before GUARINO, J.

Argued December 11, 1975. *Lee Mandell,* for appellant; *David Fabe Michelman, Deborah E. Glass,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Everetts, Appellant.

Before FILSON, P. J., specially presiding.

Submitted November 17, 1975. *Frank P. Krizner,* for appellant; *Robert F. Hawk,* First Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Flannery, et al., Appellants.

Before VOGEL, J.

Submitted June 9, 1975. *Jack Brian,* and *Richard, Brian, DiSanti & Hamilton,* for appellants; *Stewart J. Greenleaf* and *J. David Bean,* Assistant District Attorneys, *William T. Nicholas,* First Assistant Distirct Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.